NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EDWARD G. TROST,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7192

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 10-0093, Judge Alan G. Lance, Sr.

---

## ON MOTION

---

## ORDER

Edward G. Trost moves without opposition to file a corrected principal and reply brief with corrected briefs attached.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

APR 1 8 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Glenn W. Trost, Esq.
     Douglas G. Edelschick, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 1 8 2012

JAN HORBALY
CLERK